## SECOND DEPARTMENT, AUGUST, 1948.
### (August 16, 1948.)

In the Matter of FRANK SERRI, Respondent, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, Respondents, and ALBERT J. ADDEO et al., Appellants.— Order, insofar as appealed from, affirmed, without costs. No opinion. Adel, Sneed and Wenzel, JJ., concur; Johnston, Acting P. J., dissents and votes to reverse the order and to dismiss the proceeding, on the ground that the jurisdictional objection was well taken. (*Matter of Torre* v. *Heffernan*, 188 Misc. 284, affd. 271 App. Div. 752, affd. 296 N. Y. 624; *Matter of King* v. *Cohen*, 293 N. Y. 435; *Matter of Constantino* [*Cioffi*], 286 N. Y. 681.) Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Special Term, dated August 6, 1948, properly made? Present — Johnston, Acting P. J., Adel, Sneed and Wenzel, JJ.

### (August 17, 1948.)

In the Matter of ANGELO P. COSTANZO, Appellant, against WILLIAM J HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order affirmed, without costs. No opinion. Johnston, Acting P. J., Adel, Sneed and Wenzel, JJ., concur.

In the Matter of ANGELO P. COSTANZO, Appellant, against JOSEPH E. PARISI et al., Respondents.— Order affirmed, without costs. No opinion. Johnston, Acting P. J., Adel, Sneed and Wenzel, JJ., concur.

## SECOND DEPARTMENT, SEPTEMBER, 1948.
### (September 23, 1948.)

ABRAHAM LESS, Respondent, v. 11 WEST 42ND STREET, INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Motion for stay granted on condition that appellant perfect the appeal for Monday, October 18th (for which day the case is set down) and be ready for argument when reached; otherwise, motion denied. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ.

### (September 27, 1948.)

ADMIRAL MILLS SUPPLY, INC., Respondent, v. ARTHUR LEVINE, Appellant.— Motion for leave to appeal to the Appellate Division and for a stay denied, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ.

CEREAL PRODUCTS, INC., Respondent, v. GREATER NEW YORK INDUSTRIES, INC., Appellant.— Motion for reargument denied, with $10 costs. Present — Carswell, Acting P. J., Adel, Nolan and Sneed, JJ.; Johnston, J., not voting. [See *ante*, p. 817.]

CHARLOTTE A. DAVIS, as Administratrix of the Estate of JOSEPH P. DAVIS, Deceased, Respondent, v. LONG ISLAND RAIL ROAD COMPANY, Appellant.— Motion for reargument denied, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ. [See *ante*, p. 818.]